IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **GARY SAVAGE** | : | **CASE NO.: 06CV 0081** |
| 50 Irving Street NW | : | **JUDGE: Royce Lamberth** |
| Washington, D.C. 20422 | : | **JURY TRIAL DEMANDED** |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs | : | |
| | : | |
| **BIOPORT, INC.** | : | |
| 3500 Martin Luther King Jr., Blvd | : | |
| Lansing, MI 48906 | : | |
| | : | |
| Defendant. | : | |
| | : | |

AFFIDAVIT OF PROOF OF SERVICE

Comes now John E. Carpenter, attorney for the plaintiff, Gary Savage Dean, and affiant herein and states as follows:

1. Affiant makes this affidavit based upon personal knowledge and information.

2. Affiant is an adult over 18 years of age that maintains a business address at 910 17th Street NW Suite 800 Washington, D.C. 20006.

3. Affiant caused the summons and complaint initiating this matter to be served by certified mail return receipt requested as allowed under the Federal Rules of Civil Procedure.

4. Defendant is a Michigan corporation with corporate offices located at 3500 Martin Luther King Boulevard Lansing Michigan 48906.

5. The summons and complaint was delivered certified to the corporate address in Michigan on or about April 11, 2006 and received by a R.A Rosen at the

corporate address on April 13, 2006.  A signed receipt evidencing service was subsequently received in my office.

                                    Respectfully submitted,

                                    _____
                                    Law Offices of John E. Carpenter
                                    910 17th Street, N.W.
                                    Suite 800
                                    Washington, D.C. 20006
                                    (202) 887-5445

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the foregoing affidavit of proof of service was mailed first class postage prepaid on this _____day of _____2006 to:

Bioport Inc.
3500 Martin Luther King Blvd.
Lansing, Michigan  48906

                                    _____
                                    John E. Carpenter