UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY SAVAGE          :
                     :
    Plaintiff,       :
                     :
v.                   :   Case No. 1:06CV00081 (RCL)
                     :
BIOPORT, INC.        :
                     :
    Defendant.       :

**CERTIFICATE REQUIRED BY RULE 7.1**
**OF THE LOCAL RULES OF THIS COURT**

I, the undersigned counsel of record for defendant BioPort Corporation (wrongfully sued herein as "BioPort, Inc.") certify that to the best of my knowledge and belief, BioPort Corporation is a corporation organized under the laws of the State of Michigan. BioPort does not have any subsidiaries. It is a wholly owned subsidiary of Emergent BioSolutions, Inc. ("EBSI"), a Delaware Corporation with its principle place of business in Gaithersburg, Maryland. The other direct and indirect subsidiaries of EBSI are:

1. Emergent International Inc.
2. Emergent BioLogics, Inc.
3. Emergent Frederick LLC
4. Emergent ImmunoSolutions, Inc.
5. Emergent Europe, Inc.
6. Emergent Europe Ltd.
7. Emergent ProSolutions GmbH
8. Emergent BioSolutions Pte. Ltd.

At this time, all of EBSI's shares are privately held.

These representations are made in order that judges of this Court may determine the need for recusal.

>Respectfully submitted,
>
>_____/s/ Gerald Zingone_____
>Gerald Zingone
>THELEN REID & PRIEST LLP
>701 Eighth Street, N.W.
>Washington, D.C. 20001
>Telephone: (202) 508-4332
>Facsimile: (202) 654-1841
>E-mail: gzingone@thelenreid.com

Dated: May 4, 2006