UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY SAVAGE              :
                         :
       Plaintiff,        :
                         :
v.                       :    Case No. 1:06CV00081 (RCL)
                         :
BIOPORT, INC.            :
                         :
       Defendant.        :

**BIOPORT'S MOTION TO DISMISS FOR LACK OF PERSONAL
JURISDICTION AND IMPROPER VENUE, OR IN THE ALTERNATIVE
TO TRANSFER THIS LAWSUIT TO THE WESTERN DISTRICT OF MICHIGAN**

Defendant BioPort Corporation ("BioPort")[1] hereby moves to dismiss this lawsuit for lack of personal jurisdiction pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure. As set forth in the accompanying brief in support of this motion, there is no connection between BioPort, the claims alleged in this lawsuit, and the forum.

BioPort also moves to dismiss this lawsuit for lack of venue pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure. As set forth in the accompanying brief in support of this motion, venue is not appropriate here, but is appropriate in the United States District Court for the Western District of Michigan.

In the alternative, BioPort moves to transfer this lawsuit pursuant to 28 U.S.C. 1404(a). As set forth in the accompanying brief in support of this motion, plaintiff's choice of forum is not entitled to deference here because the connection between the claim and this forum is attenuated and the both the relevant public and private interest factors weigh in favor of transfer.

---

[1] BioPort is wrongfully named as BioPort Inc.

BioPort requests oral argument on this motion.

                    Respectfully submitted,

                    _/s/ Gerald Zingone_
                    Gerald Zingone
                    THELEN REID & PRIEST LLP
                    701 Eighth Street, N.W.
                    Washington, D.C.  20001
                    Telephone:  (202) 508-4332
                    Facsimile:  (202) 654-1841
                    E-mail:  gzingone@thelenreid.com

Dated:  May 4, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY SAVAGE                          :
                                     :
        Plaintiff,                   :
                                     :
    v.                               :   Case No. 1:06CV00081 (RCL)
                                     :
BIOPORT, INC.                        :
                                     :
        Defendant.                   :

## [PROPOSED] ORDER

Upon consideration of defendant BioPort Corporation's brief in support of its motion to dismiss this lawsuit for lack of personal jurisdiction and improper venue, or, in the alternative, to transfer this lawsuit to the United States District Court for the Western District of Michigan pursuant to 28 U.S.C. § 1404(a); plaintiff's brief in opposition thereto, BioPort's reply brief, and the oral argument of the parties, it is hereby

**ORDERED** that BioPort's motion is granted, and it is further hereby

**ORDERED** that this lawsuit be transferred by the clerk of this Court to the United States District Court for the Western District of Michigan.


Dated: _____       _____
                                     Judge Royce C. Lambert
                                     United States District Court for the District
                                        of Columbia

DC #219108 v1

Copies to:

Gerald Zingone, Esq.
THELEN REID & PRIEST LLP
701 Eighth Street, N.W.
Washington, D.C. 20001
Telephone: (202) 508-4332
Facsimile: (202) 654-1841
E-mail: gzingone@thelenreid.com

John E. Carpenter, Esq.
910 17th Street, N.W.
Suite 80
Washington, D.C. 20006
Telephone: (202) 887-5445
Facsimile: (202) 293-3596

DC #219108 v1