UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY SAVAGE | : |
|     Plaintiff, | : |
| v. | :    Case No. 1:06CV00081 (RCL) |
| BIOPORT, INC. | : |
|     Defendant. | : |

### [PROPOSED] ORDER

Upon consideration of defendant BioPort Corporation's brief in support of its motion to dismiss this lawsuit for lack of personal jurisdiction and improper venue, or, in the alternative, to transfer this lawsuit to the United States District Court for the Western District of Michigan pursuant to 28 U.S.C. § 1404(a); plaintiff's brief in opposition thereto, BioPort's reply brief, and the oral argument of the parties, it is hereby

**ORDERED** that BioPort's motion is granted, and it is further hereby

**ORDERED** that this lawsuit be transferred by the clerk of this Court to the United States District Court for the Western District of Michigan.

Dated: _____        _____
                                                          Judge Royce C. Lambert
                                                          United States District Court for the District
                                                            of Columbia

DC #219108 v1

Copies to:

Gerald Zingone, Esq.
THELEN REID & PRIEST LLP
701 Eighth Street, N.W.
Washington, D.C. 20001
Telephone: (202) 508-4332
Facsimile: (202) 654-1841
E-mail: gzingone@thelenreid.com

John E. Carpenter, Esq.
910 17th Street, N.W.
Suite 80
Washington, D.C. 20006
Telephone: (202) 887-5445
Facsimile: (202) 293-3596