# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY SAVAGE                          :
                                     :
            Plaintiff,               :
                                     :
    v.                               :      Case No. 1:06CV00081 (RCL)
                                     :
BIOPORT, INC.                        :
                                     :
            Defendant.               :

## DECLARATION OF TIMOTHY WIBERT

I, Timothy Wibert, declare under penalty of perjury under the laws of the United States of

America as follows:

1.    I am currently the Director of Contract Management for BioPort Corporation

("BioPort") and have held that position or similar positions since September 1998.

2.    I am over eighteen years of age and competent to make this declaration. I make

this declaration based upon personal knowledge.

3.    BioPort is a corporation that was organized under the laws of the State of

Michigan in 1998. Its principal place of business is Lansing, Michigan. The complaint in this

lawsuit was served on BioPort in Lansing, Michigan by first class mail, return receipt requested,

on April 14, 2006.

4.    BioPort is not registered to do business in District of Columbia. BioPort has

never maintained an office, employee, telephone, mailing address, or a registered agent for the

service of process in District of Columbia. BioPort does not maintain any business records in the

District of Columbia. BioPort does not own or lease real property in the District of Columbia.

5. Since March 2000, BioPort's sole business (with the exception of certain research and development activities) has been the manufacture and sale of Anthrax Vaccine Adsorbed ("AVA").

6. BioPort produces AVA in Lansing, Michigan. All of BioPort's records relating to production and testing of AVA are located in Lansing, Michigan. The relevant witnesses concerning production and testing of AVA are located in Michigan.

7. All but a small fraction of BioPort's sales of AVA have been made to the United States government pursuant to contracts with the United States Department of Defense ("DoD") and the United States Department of Health & Human Services ("HHS").

8. Pursuant to the terms of the DoD contracts, DoD mandates when and where the AVA it has purchased will be delivered, and BioPort plays no part in that decision-making process. At the direction of DoD, BioPort has made a small number of shipments of AVA to Department of Defense facilities in the District of Columbia. BioPort's deliveries of AVA to the District of Columbia at the direction of DoD are a fraction of one percent of its total AVA deliveries to DoD.

9. The AVA purchased by HHS is for a strategic stockpile. HHS takes delivery of its AVA in Michigan. HHS prefers to keep the location of its strategic stockpile undisclosed.

10. BioPort has never marketed AVA to the general public, and has never purposefully directed any marketing activities at the general public within the District of Columbia. BioPort has made no direct sales of AVA to District of Columbia residents.

11. Recently, BioPort has taken steps to begin marketing AVA to state and local governments. In connection with these efforts, representatives of BioPort made a presentation at a meeting held in the District of Columbia attended by the District of Columbia's Police Chief,

2

Fire Chief and Emergency Medical Services Chief. BioPort has not made any sales to the government of the District of Columbia or any other state or local government customer.

12.    BioPort employees occasionally travel to the District of Columbia for federal government relations purposes, such as providing information about AVA to members of Congress, Congressional staff, and executive agencies. BioPort officials have also provided testimony before Congress concerning AVA. In addition, BioPort has, on a limited basis, run issue-oriented "advertisements" in *Roll Call, The Hill,* and *The Washington Times* concerning AVA, the National Strategic Stockpile, future generation anthrax vaccines, and funding within Project BioShield. Members of Congress and their staffs were the intended audience for these issue-oriented "advertisements."

13.    BioPort has provided funding to the Partnership for Anthrax Vaccine Education, which is based at George Washington University Medical Center's School of Public Health and Public Health Services.

14.    BioPort has, from time to time, engaged legal counsel based in the District of Columbia including the counsel representing BioPort in this lawsuit.

15.    None of BioPort's contract negotiations with DoD occurred in the District of Columbia. In addition, the U.S. Army Space and Missile Defense Command, which serves as DoD's contracting agent, is represented by an office located at Fort Detrick, Maryland and the Program Executive Office for Chemical and Biological Defense, the executive agent for the combined armed services programs for biological defense, is located in Falls Church, Virginia.

16.    HHS was represented by some District of Columbia based personnel in the negotiation of the HHS contract, but the HHS contracting agent was originally located in Atlanta, Georgia. Recently BioPort was informed that the HHS contracting agent has changed and is now

based in the District of Columbia.  BioPort is also in the process of negotiating a contract

modification; HHS is represented by some District of Columbia based personnel in these

negotiations.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing declaration is true.

Timothy Wibert

Dated:
5-4-06

4