IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **GARY SAVAGE** | : | **CASE NO.: 06CV 0081** |
| 50 Irving Street NW | : | **JUDGE: Royce Lamberth** |
| Washington, D.C. 20422 | : | **JURY TRIAL DEMANDED** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| vs | : | |
| | : | |
| **BIOPORT, INC.** | : | |
| 3500 Martin Luther King Jr., Blvd | : | |
| Lansing, MI 48906 | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**SECOND MOTION FOR EXTENSION OF TIME TO FILE
OPPOSITION TO DEFENDANT'S 12 (b)(6) MOTION TO DISMISS**

Plaintiff by and through counsel brings this motion seeking an extension of time to file an opposition to defendant's motion to dismiss filed with the court. In support of said motion, plaintiff states as follows:

1. On or about January 17, 2006, plaintiff filed the complaint initiating this action. The complaint avers that plaintiff sustained catastrophic injuries after being administered the anthrax vaccine manufactured by the defendant.

2. Defendant was subsequently served with the complaint on or about April 11, 2006 at its corporate headquarters in Lansing Michigan. An affidavit of service was thereafter filed with the court.

3. On or about May 4, 2006, defendant through counsel filed a motion to dismiss raising various arguments including lack of personal jurisdiction, improper venue or in the alternative to transfer this matter to the Western District of Michigan. In short,

1

defendant has made several arguments in its motion to dismiss raising several issues, all of which will require considerable time, and effort by plaintiff to address in its opposition to said motion.

4. Plaintiff previously filed a motion seeking a two seek extension to file his opposition. Even though the motion requested an extension until May 29, 2006 to file the opposition, counsel did not take into consideration that the date was a holiday and presumes filing would thus be allowed on the next business day or May 30, 2006.

5. Plaintiff through counsel now seeks an additional three days or until June 2, 2006 to file an opposition to the defendant's motion.  The vast majority of the opposition has been completed, however, plaintiff needs some additional more time to complete the opposition before filing.

6. Pursuant to Local Rule 7.1 (m), counsel for plaintiff contacted counsel for the defendant to ascertain his position to the extension being requested.  Mr. Zingone once again graciously stated that he was not opposed to the extension being requested by the plaintiff.

       Respectfully submitted,

_____
Law Offices of John E. Carpenter
910 17th Street, N.W.
Suite 800
Washington, D.C. 20006
(202) 887-5445

2

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing motion seeking an extension of time was served electronically upon filing on this 30th day of May 2006 to:

Gerald Zingone, Esq.
Thelen Reid and Priest
701 8th Street NW
Washington, D.C.  20001

                                                                           _____
                                                                           John E. Carpenter