UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **GARY SAVAGE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-81 (RCL) |
| | ) | |
| **BIOPORT, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon consideration of plaintiff's unopposed second motion [10] for extension of time to file an opposition to defendant's 12(b)(6) motion to dismiss and the entire record herein, and for good cause shown, it is hereby

ORDERED that plaintiff's second motion [10] for extension of time is GRANTED; and it is further

ORDERED that plaintiff shall file his opposition on or before June 2, 2006.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, May 31, 2006.