UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY SAVAGE, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-81 (RCL) |
| BIOPORT, INC., | ) |
| Defendant. | ) |

## ORDER

Upon consideration of plaintiff's unopposed motion [9] for extension of time to file an opposition to defendant's 12(b)(6) motion to dismiss and the entire record herein, and for good cause shown, it is hereby

ORDERED that plaintiff's motion [9] is GRANTED, *nunc pro tunc*.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, May 31, 2006.