UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY SAVAGE          :
                     :
     Plaintiff,      :
                     :
v.                   :    Case No. 1:06CV00081 (RCL)
                     :
BIOPORT, INC.        :
                     :
     Defendant.      :

**BIOPORT'S MOTION FOR EXTENSION
OF TIME TO SERVE REPLY BRIEF**

Defendant BioPort Corporation ("BioPort"), by counsel, hereby moves this Court for a one week extension of time to file its reply brief in further support of its motion. In support of this motion, BioPort states:

1. Pursuant to the local rules of this Court, BioPort's reply brief in further support of its motion to dismiss the complaint for lack of personal jurisdiction is currently due on Friday, June 9, 2006.

2. BioPort's counsel has several competing obligations, including a brief due on Monday, June 12, 2006.

3. BioPort seeks a one week extension of time, until June 16, 2006, to file its reply brief.

4. Pursuant to local rule 7.1(m), the undersigned counsel for BioPort contacted plaintiffs' counsel to ascertain his position on the extension request. Mr. Carpenter consented to the extension.

5.  A proposed order is attached.

                                    Respectfully submitted,


                                    _____/s/ Gerald Zingone_____
                                    Gerald Zingone
                                    THELEN REID & PRIEST LLP
                                    701 Eighth Street, N.W.
                                    Washington, D.C. 20001
                                    Telephone: (202) 508-4332
                                    Facsimile: (202) 654-1841
                                    E-mail: gzingone@thelenreid.com


Dated: June 6, 2006