UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY SAVAGE                  :
                             :
    Plaintiff,              :
                             :
v.                           :        Case No. 1:06CV00081 (RCL)
                             :
BIOPORT, INC.                :
                             :
    Defendant.              :

## ORDER

Upon consideration of defendant's unopposed motion for extension of time to file its brief in further support of its motion and the entire record herein, and for good cause shown, it is hereby

ORDERED that defendant's unopposed motion for extension of time is GRANTED; and it is further

ORDERED that defendant shall file its reply brief on or before June 16, 2006.

SO ORDERED.

_____
Royce C. Lamberth
United States District Court Judge