UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY SAVAGE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 06-81 (RCL) |
| BIOPORT, INC., | ) ) ) |
| Defendant. | ) ) |

**ORDER**

Upon consideration of defendant's unopposed motion [14] for extension of time to file its brief in further support of its motion and the entire record herein, it is hereby

ORDERED that defendant's unopposed motion [14] for extension of time is GRANTED; and it is further

ORDERED that defendant shall file its reply brief on or before June 16, 2006.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, June 14, 2006.