UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY SAVAGE, Plaintiff, v. BIOPORT, INC. Defendant. | Case No. 1:06CV00081 (RCL) |

**BIOPORT'S REPLY BRIEF IN FURTHER SUPPORT OF ITS MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER**

# EXHIBIT A



# News Release

FOR IMMEDIATE RELEASE
Friday, May 6, 2005

Contact: HHS Press Office
(202) 690-6343

## HHS Awards BioShield Contract for AVA Anthrax Vaccine

The Department of Health and Human Services today awarded a $122.7 million contract to BioPort Corporation of Lansing, Mich. for the manufacture and delivery of 5 million doses of Anthrax Vaccine Adsorbed (AVA), a licensed anthrax vaccine.

This supply of AVA anthrax vaccine, which is being purchased under the Project BioShield program, will be placed in the nation's Strategic National Stockpile where it will be available for use in the event of a bioterror anthrax incident. Together with the existing stockpile of antibiotics, these medical countermeasures represent a critical component of the President's strategy for "Biodefense in the 21st Century."

"We are committed to protecting the nation from the consequences of an anthrax attack," said Stewart Simonson, HHS Assistant Secretary for Public Health Emergency Preparedness. "The BioPort vaccine will add another important medical countermeasure for anthrax to the Strategic National Stockpile."

Today's award represents the third contract under Project BioShield, a new program intended to accelerate the development, purchase and availability of medical countermeasures for biological, chemical, radiological and nuclear threats. President Bush introduced Project BioShield in his 2003 State of the Union address. Congress passed the Project BioShield Act of 2004 and the President signed it into law on July 21, 2004.

HHS' Office of Public Health Emergency Preparedness, which oversees the research and procurement efforts under the Project BioShield program through its Office of Research and Development Coordination, will manage the AVA anthrax vaccine contract.

###

Note: All HHS press releases, fact sheets and other press materials are available at *http://www.hhs.gov/news*.

Last revised: May 6, 2005

HHS Home | Questions? | Contact HHS | Site Map | Accessibility | Privacy Policy | Freedom of Information Act | Disclaimers

The White House | FirstGov

U.S. Department of Health & Human Services · 200 Independence Avenue, S.W. · Washington, D.C. 20201



Skip Navigation

# News Release

FOR IMMEDIATE RELEASE  
Friday, May 5, 2006

Contact: HHS Press Office  
(202) 690-6343

## HHS Buys Additional AVA Anthrax Vaccine

The Department of Health and Human Services (HHS) announced today the $120 million purchase of 5 million additional doses of Anthrax Vaccine Adsorbed (AVA), a licensed anthrax vaccine, from the BioPort Corporation of Lansing, Mich. Today's action modifies an existing HHS contract with BioPort that was awarded in May 2005.

This supply of AVA anthrax vaccine is in addition to the 5 million doses of AVA anthrax vaccine purchased last year from BioPort. It will be placed in the nation's Strategic National Stockpile where it will be available for use in the event of a bioterror anthrax incident. Together with an already substantial supply of antibiotics, which is the nation's first line of defense against an anthrax attack, the additional AVA vaccine will further diversify the stockpile's medical countermeasures.

"We are committed to protecting the nation from the consequences of an anthrax attack," HHS Assistant Secretary for Public Health Emergency Preparedness Stewart Simonson said. "The additional BioPort vaccine will further strengthen and expand the Strategic National Stockpile's medical countermeasures for anthrax."

Today's purchase agreement is funded under Project BioShield, a program intended to accelerate the development, purchase and availability of medical countermeasures for biological, chemical, radiological and nuclear threats. President Bush introduced Project BioShield in his 2003 State of the Union address. Congress passed the Project BioShield Act of 2004 and the President signed it into law on July 21, 2004.

HHS' Office of Public Health Emergency Preparedness, which oversees the research and procurement efforts under the Project BioShield program through its Office of Research and Development Coordination, will continue to manage the AVA anthrax vaccine contract.

###

Note: All HHS press releases, fact sheets and other press materials are available at http://www.hhs.gov/news.

Last revised: May 5, 2006

HHS Home | Questions? | Contact HHS | Site Map | Accessibility | Privacy Policy | Freedom of Information Act | Disclaimers

The White House | FirstGov

U.S. Department of Health & Human Services · 200 Independence Avenue, S.W. · Washington, D.C. 20201