UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GARY SAVAGE | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 1:06CV00081 (RCL) |
| | : | |
| BIOPORT, INC. | : | |
| | : | |
| Defendant. | : | |

**BIOPORT'S REPLY BRIEF IN FURTHER SUPPORT OF ITS MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER**

# EXHIBIT B

June 14, 2006

Media info contact:

**Muhiuddin Haider, PhD**

Professor,
George Washington University
School of Public Health and Health Services
(202) 416-0427

iphmxh@gwumc.edu

Media Archive:
June 27, 2003
April 15, 2004

# Press Releases

**For immediate release**
Contact: Muhiuddin Haider, PhD
202-416-0427

PDF (116K)

## ANTHRAX EDUCATION PARTNERSHIP FORMED

WASHINGTON, DC – June 27, 2003 – Leading public health, medical, and bioterrorism organizations have come together to create a coalition group to combat misinformation and confusion about anthrax and the vaccines developed to prevent anthrax infection. The coalition, called the Partnership for Anthrax Vaccine Education (the Partnership) will provide the public with the most comprehensive, timely, and reliable information available on the issue of anthrax infection.

Established by The George Washington University's School of Public Health, the Partnership's members include The George Washington University's School of Public Health and Health Services, The George Washington University Center for Emergency Preparedness, the American Medical Association, the American Nurses Association, the American College of Emergency Physicians, the American Association of Occupational Health Nurses, the American Council on Science and Health, the Society for Public Health Education, and the Global Health Council. The Partnership's mission is simple: To educate and inform the public on anthrax and anthrax vaccines using sound, science-based information, and to ensure that an adequate preparedness plan is established and maintained.

After the anthrax incidents and scares following the September 11 terrorist attacks in 2001, information about anthrax was difficult to access and confusing to the general public. Information that was available was not always accurate, and the public – including the media and public officials – was left unsure of where to turn for reliable information. As part of its public education efforts, the Partnership has established a Web site (www.anthraxinfo.org) to supply the most comprehensive science-based information about anthrax and anthrax vaccination to consumers and professionals.

"To minimize the effect of possible future anthrax attacks, it is imperative that the American public be well prepared with the best scientific, fact-based information about anthrax ," explained Dr. Muhiuddin Haider, Project Director of the Partnership and Professor at the George Washington School of Public Health. "The frequent anthrax scares of 2001 and 2002 were successful at terrorizing people in large part due to the public's confusion and lack of accurate information."

Anthraxinfo.org contains both basic and detailed information about anthrax and the anthrax vaccines. It explores the public health threat of anthrax, and calls for a more comprehensive preparedness plan in the event of future anthrax attacks.

In addition, the Web site uses the latest scientific information to debunk myths associated with anthrax, including:

- Anthrax is contagious. (False)
- Anthrax infection is always fatal. (False)
- Anthrax vaccines contain deadly anthrax spores, and therefore have not been tested on humans. (False)

"There is no time more important than now to provide this Web site to the public," said Dr. Gil Ross, Medical Director of the American Council on Science and Health, which is releasing a report on bioterrorism preparedness in September. "The end of the war in Iraq does not mean the threat of terrorism is at all diminished. The threat of other anthrax or another kind of biological attack remains real. Information is key to alleviating panic and fear, as well as to receiving early treatment when necessary."

###

▲ top




© 2003 Partnership For Anthrax Vaccine Education




2175 K Street, NW #810
Washington, DC 20037
TEL 202.416.0427
FAX 202.467.2290

**For immediate release**
Contact: Peter Velasco
202-974-5025

## ANTHRAX EDUCATION PARTNERSHIP FORMED

*Coalition of Experts to Educate Public About Anthrax and the Anthrax Vaccine*

**WASHINGTON, DC – June 27, 2003** – Leading public health, medical, and bioterrorism organizations have come together to create a coalition group to combat misinformation and confusion about anthrax and the vaccines developed to prevent anthrax infection. The coalition, called the Partnership for Anthrax Vaccine Education (the Partnership) will provide the public with the most comprehensive, timely, and reliable information available on the issue of anthrax infection.

Established by The George Washington University's School of Public Health, the Partnership's members include The George Washington University's School of Public Health and Health Services, The George Washington University Center for Emergency Preparedness, the American Medical Association, the American Nurses Association, the American College of Emergency Physicians, the American Association of Occupational Health Nurses, the American Council on Science and Health, the Society for Public Health Education, and the Global Health Council. The Partnership's mission is simple: To educate and inform the public on anthrax and anthrax vaccines using sound, science-based information, and to ensure that an adequate preparedness plan is established and maintained.

After the anthrax incidents and scares following the September 11 terrorist attacks in 2001, information about anthrax was difficult to access and confusing to the general public. Information that was available was not always accurate, and the public –

including the media and public officials – was left unsure of where to turn for reliable information. As part of its public education efforts, the Partnership has established a Web site (*www.anthraxinfo.org*) to supply the most comprehensive science-based information about anthrax and anthrax vaccination to consumers and professionals.

"To minimize the effect of possible future anthrax attacks, it is imperative that the American public be well prepared with the best scientific, fact-based information about anthrax ," explained Dr. Muhiuddin Haider, Project Director of the Partnership and Professor at the George Washington School of Public Health. "The frequent anthrax scares of 2001 and 2002 were successful at terrorizing people in large part due to the public's confusion and lack of accurate information."

*Anthraxinfo.org* contains both basic and detailed information about anthrax and the anthrax vaccines. It explores the public health threat of anthrax, and calls for a more comprehensive preparedness plan in the event of future anthrax attacks.

In addition, the Web site uses the latest scientific information to debunk myths associated with anthrax, including:

- Anthrax is contagious. (False)
- Anthrax infection is always fatal. (False)
- Anthrax vaccines contain deadly anthrax spores, and therefore have not been tested on humans. (False)

"There is no time more important than now to provide this Web site to the public," said Dr. Gil Ross, Medical Director of the American Council on Science and Health, which is releasing a report on bioterrorism preparedness in September. "The end of the war in Iraq does not mean the threat of terrorism is at all diminished. The threat of other anthrax or another kind of biological attack remains real. Information is key to alleviating panic and fear, as well as to receiving early treatment when necessary."

# # #