UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY SAVAGE                :
                           :
        Plaintiff,         :
                           :
   v.                      :    Case No. 1:06CV00081 (RCL)
                           :
BIOPORT, INC.              :
                           :
        Defendant.         :

**BIOPORT'S REPLY BRIEF IN FURTHER
SUPPORT OF ITS MOTION TO DISMISS
OR, IN THE ALTERNATIVE, TO TRANSFER**

# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY SAVAGE : 
 : 
    Plaintiff, : 
 : 
v. :   Case No. 1:06CV00081 (RCL)
 : 
BIOPORT, INC. : 
 : 
    Defendant. : 

## DECLARATION OF KIMBERLY BRENNEN ROOT

I, Kimberly Brennen Root, declare under penalty of perjury under the laws of the United States of America as follows:

1. I am over eighteen years of age and competent to make this declaration. I make this declaration based upon personal knowledge.

2. I am currently the Director of Communications and Government Affairs for BioPort Corporation ("BioPort") and have held that position or similar positions since September 2000. Because of my position, I have full knowledge of all efforts on the part of BioPort Corporation to place "advertisements" in media outlets.

3. In 2004, BioPort ran issue-oriented "advertisements" in *Roll Call*, *The Hill*, and *The Washington Times* concerning AVA, the National Strategic Stockpile, future generation anthrax vaccines, and funding within Project BioShield. Copies of all of the ads placed by BioPort are attached hereto as Tabs 1 through 4. Members of Congress, their staffs and other government officials were the intended audience for these issue-oriented "advertisements."

4.   These 2004 issue oriented advertisements are the only advertisements placed by BioPort in the media in the period beginning when I came to BioPort in September 2000 and the present.

I declare under penalty of perjury under the laws of the United States of America that the foregoing declaration is true.

*Kimberly Brennen Root*
Kimberly Brennen Root

Dated:
June 15, 2006

# DON'T GAMBLE ON AN EXPERIMENTAL VACCINE



The recent passage of landmark BioShield legislation is an important step in preparing our country in the event of another attack with a biological weapon. The U.S. Government recently announced its requirement for 75 million doses of anthrax vaccine for inclusion in our nation's Strategic National Stockpile (SNS) of vaccines and other medical countermeasures. Products in the SNS are intended for use in the event of an attack with a chemical or biological weapon, and will be primarily acquired using funds appropriated to implement BioShield legislation. Vaccines in the SNS may also be used to immunize first responders and others determined to be at risk.

An anthrax vaccine currently exists that has been licensed by the FDA for nearly 35 years and used by the Department of Defense to protect more than 1.1 million service members with 4.4 million doses in the last six years. The licensed vaccine's safety and efficacy have been repeatedly affirmed by the FDA, scientists, medical experts and the prestigious National Academies of Science Institute of Medicine.

Since the anthrax attacks of 2001, a number of experimental vaccines have emerged and are in early stage development. Recently, the most advanced of these experimental vaccines was compared in a head-to head clinical trial against the licensed vaccine. Data from that trial, as presented at a national conference, does not demonstrate that the experimental product is safer or more immunogenic than the currently licensed vaccine. In fact, the data revealed that the experimental vaccine required three doses given over eight weeks to achieve an immune response comparable to that generated using just two doses of the licensed product given over four weeks.

Despite these facts, the Department of Health and Human Services plans to exclude the licensed anthrax vaccine from the 75 million dose SNS. These facts make one thing clear: DHHS should not bet the protection of millions of Americans on an unproven experimental product that in a head-to-head study failed to demonstrate clear advantages over the currently licensed vaccine. Whether for immunization of first responders before an attack, or as part of a treatment following an attack, all Americans deserve the product that has been demonstrated to be safe and effective and licensed by the FDA.

For more information, visit www.bioport.com



BioPort CORPORATION

# BIOTHRAX™: PROVEN.  FDA-LICENSED.
# READY TO PROTECT AMERICA.



The acquisition of five million doses of FDA-licensed anthrax vaccine BioThrax™ for the Strategic National Stockpile (SNS) is an important step in preparing for another anthrax attack on U.S. soil. This decision by the Department of Homeland Security and the Department of Health and Human Services makes sense, particularly when considering these facts:

---

**FACT:** The use of anthrax as a weapon of terror is currently the number one biological threat to the nation, according to bioterrorism experts.

**FACT:** The Centers for Disease Control's Advisory Committee on Immunization Practices recommends three doses of BioThrax™ and 60 days of antibiotics following exposure to anthrax.

**FACT:** More than four million doses of BioThrax™ have been used to protect over one million people from the deadly disease caused by anthrax in the last five years.

**FACT:** BioThrax™ is the only FDA-licensed anthrax vaccine in the world.

**FACT:** In 2002, the prestigious National Academies Institute of Medicine issued a comprehensive review of data available on BioThrax™ and concluded that it is both safe and effective.

**FACT:** The U.S. Government has decided it needs up to 75 million doses of anthrax vaccine to protect Americans from the deadly biological weapon, anthrax.

---

The first step taken by our government is important. But, it is only a first step. We need to do more. BioPort Corporation can scale its licensed manufacturing process to exceed the U.S. Government's stated requirement for anthrax vaccine and can supply 80 million doses of licensed anthrax vaccine for the SNS quickly and cost effectively. Major strides in preparedness will occur when there are enough doses of licensed anthrax vaccine in the Strategic National Stockpile to implement the CDC's recommendations over a multi-city area.

For more information, visit www.bioport.com



BioPort CORPORATION

# OUR NATION'S FIRST RESPONDERS DESERVE THE PROTECTION OF LICENSED PRODUCTS.



PROTECTED



UNPROTECTED

For more than 10 years, our nation's service members have been protected from the threat of anthrax by the world's only FDA-licensed anthrax vaccine, BioThrax™. Like our service members, first responders put their lives on the line every day. When it comes to reacting to an attack of bioterror, they will be the first at the scene. Because anthrax is the number one bioterror threat to our nation, firefighters, police officers and emergency medical technicians deserve the best protection possible before an attack. Leaving our first responders vulnerable to this deadly threat jeopardizes the lives of men and women who protect us everyday. It makes sense to protect them with the only FDA-licensed anthrax vaccine.

In a recent speech to the National Conference of Black Mayors, former Denver Mayor Wellington Webb called on the U.S. government to immediately begin making BioThrax™ available for the immunization of first responders, and to build a significant stockpile of the vaccine for the treatment of citizens following an anthrax exposure.

Based on the threat, based on the science, and based on the need, the Departments of Health and Human Services and Homeland Security should move immediately to procure enough doses of BioThrax™ to protect first responders.

When it comes to defending the health and safety of U.S. citizens, our country's soldiers and first responders share this sacrifice. Shouldn't they also share in the protection from the threat of deadly biological agents? BioPort Corporation stands prepared to deliver protection for those who protect us.

For more information, visit www.bioport.com



BIOPORT
CORPORATION

# THEY PROTECT US...



# WHY SHOULDN'T WE PROTECT THEM?

Anthrax has been called the world's number one bioterror threat. A licensed vaccine is the only long-term solution because it provides reliable round-the-clock protection against anthrax infection.

The U.S. military has vaccinated more than one million men and women. Why shouldn't we offer vaccine to our first responders? There is no compelling reason not to.

Some people think we should offer vaccine *after* an attack. But it takes weeks to create an immune response. Our first responders need to be protected in advance so, when exposed, they can assist others who are not.

Then there are some who ask: Why not just begin antibiotic treatment for first responders following an attack? The answer is simple: Anthrax bacteria may become resistant to antibiotics.

It has been repeatedly demonstrated that it's not only possible, but relatively simple to alter anthrax bacteria to become resistant to antibiotics. Two noted researchers, Dr. Ken Alibek and Dr. Itzhak Brook, have both demonstrated that it is relatively easy to bio-engineer antibiotic-resistant forms and strains of anthrax. And even when the antibiotic works, treatment is lengthy and often difficult to sustain. If we rely on antibiotics alone to protect our first responders, it could place them at risk.

The prestigious Institute of Medicine has determined that BioThrax™, the world's only FDA-licensed anthrax vaccine, "is effective for the protection of humans against anthrax, including inhalational anthrax, caused by any known or plausible engineered strains." And the U.S. Department of Defense has called BioThrax™ "The centerpiece of protection against bioterrorism."

Our first responders represent the front line against a domestic terrorist attack. We should offer them the protection required to do their jobs with confidence. Like the men and women serving in the U.S. military, our nation's first responders risk their lives to defend ours. Let's provide them the protection they deserve.

For more information, visit www.bioport.com



BioPort CORPORATION