UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY SAVAGE                          :
                                     :
        Plaintiff,                   :
                                     :
v.                                   :    Case No. 1:06CV00081 (RCL)
                                     :
BIOPORT, INC.                        :
                                     :
        Defendant.                   :

**BIOPORT'S REPLY BRIEF IN FURTHER
SUPPORT OF ITS MOTION TO DISMISS
OR, IN THE ALTERNATIVE, TO TRANSFER**

# EXHIBIT D

# THE HILL

The Newspaper for and about the U.S. Congress

Who's the biggest proponent of chemical security legislation?

Search The Hill

Friday June 16, 2006

- The Hill -   - Subscribe -   - Advertise -   - Feedback -

HOME
BLOG
The Hill's Congress Blog
NEWS
Campaign 2006
Business & Lobbying
The Executive
Under the Dome
COMMENT
Editorials
Letters
Op-Eds
Dick Morris
LOOKS LIKE A GOP WIPEOUT BUT THE TREND DOESN'T SHOW YET
Albert Eisele
John Fortier
Andrew Glass
Ben Goddard
David Keene
Josh Marshall
Lynn Sweet
Byron York
POLLSTERS:
David Hill
Mark Mellman
FEATURES
Capital Living
Hillscape
Social Scene
Capitol Ambitions
Uncommon Lives
Restaurant Review
Book Reviews
CLASSIFIEDS
Employment

## ABOUT THE HILL

**About section**

"WE WILL RESPECT THE INSTITUTION, BUT SCRUTINIZE ITS MEMBERS AND POLICIES."
-OUR MOTTO


THE HILL'S Congress Blog

The Hill is a non-partisan, non-ideological newspaper that describes the inner workings of Congress, the pressures confronting policy makers and the many ways -- often unpredictable -- in which decisions are made.

Founded in 1994 by Martin Tolchin after 40 years as a reporter with The New York Times, the newspaper features strong investigative reporting and frequently breaks stories that are widely cited in national publications. The newspaper also profiles lawmakers and aides, offers features describing the sociology and politics of the Hill, book and restaurant reviews and a weekly column about the Capitol Hill neighborhoods.

Its print circulation of 21,000, the largest of any Capitol Hill publication, is aimed at the 100 senators, 435 House members, 40,000 aides and tens of thousands in the influence industry whose work affects the lives of all Americans. The newspaper is a subsidiary of News Communications Inc., a publicly owned company.



**Publisher:** James Finkelstein

**Editor in Chief:** Hugo Gurdon

**Associate Publisher:** Francine McMahon

**Managing Editor:** Bob Cusack

**Editor-At-Large:** Albert Eisele

**Deputy Managing Editor:** Jennifer Yingling

**Senior Editor:** Susan Crabtree



About section

For Rent
Employer
Spotlight
All Ads

RESOURCES

PR Newswire
Write Your
 Congressman

PREVIOUS
ISSUES

Last Six

HealthWatch

**Associate Editor:** A.B. Stoddard

**Assistant Editor:** Tim Shock

**News Communications Inc.**
**Chairman of the Board:** Jerry Finkelstein
**President and CEO:** James Finkelstein

**FEATURES EDITOR:**
Jeff Dufour

**CAPITAL LIVING**
Betsy Rothstein

**SPECIAL SECTION EDITOR**
Jim Allen

**SENIOR STAFF WRITER:**
Alexander Bolton

**STAFF WRITERS:**
Jonathan Allen
Josephine Hearn
Jonathan E. Kaplan
Jackie Kucinich
Kelly McCormack
Patrick O'Connor
Elana Schor
Carrie Sheffield
Jim Snyder
Roxana Tiron
Jeffrey Young

**CONTRIBUTING WRITERS:**
John Fortier
Andy Glass
Ben Goddard
Lynn Sweet
David Keene
John Kornacki
Josh Marshall
Dick Morris
Duncan Spencer
Byron York

**EDITORIAL CARTOONIST:**
Chris Weyant

**PHOTO EDITOR:**
Patrick G. Ryan

**CHIEF FINANCIAL OFFICER:**
Sheila Casey

**OFFICE MANAGER**
Tracey Applo

**PRODUCTION MANAGER**
Frank Meyers

**PRODUCTION EDITORS**
Jaime Fisher
Scott Buga

**GRAPHIC ARTIST**
Rahiem Milton

**NATIONAL ADVERTISING MANAGER**
Alison Friedrich

**SENIOR ADVERTISING EXECUTIVES**
Johanna Derlaga
Mario Grande

**RETAIL AND CLASSIFED SALES MANAGER**
Cynthia Sommerfeld

**CLASSIFIED ADVERTISING EXECUTIVE**
Stephanie Merry

**ADVERTISING COORDINATOR**
Beth A. Tray

Ads by Google

Websites for Democrats

We help progressives integrate strategy and tech - and win!

MandateMedia.com

Advertise on this site

STRAIGHT TO YOUR DESKTOP

Tipsheet

Delivered FREE every Friday.
Be ahead of the curve as The Hill reports on what's next in Congress.

WANT TO REPRINT ARTICLES FROM THE HILL?
212-924-2283

**The Hill**
1625 K Street, Suite 900
Washington, DC 20006
202-628-8500

Home | Privacy Policy | Terms and Conditions

© 2006 The Hill
1625 K Street, NW Suite 900
Washington, DC 20006
202-628-8500 tel | 202-628-8503 fax