UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY SAVAGE           :
                      :
    Plaintiff,        :
                      :
v.                    :   Case No. 1:06CV00081 (RCL)
                      :
BIOPORT, INC.         :
                      :
    Defendant.        :

**BIOPORT'S REPLY BRIEF IN FURTHER
SUPPORT OF ITS MOTION TO DISMISS
OR, IN THE ALTERNATIVE, TO TRANSFER**

# EXHIBIT E

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GARY SAVAGE | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 1:06CV00081 (RCL) |
| | : | |
| BIOPORT, INC. | : | |
| | : | |
| Defendant. | : | |

**SUPPLEMENTAL DECLARATION OF TIMOTHY WIBERT**

I, Timothy Wibert, declare under penalty of perjury under the laws of the United States of America as follows:

1. I am currently the Director of Contract Management for BioPort Corporation ("BioPort") and have held that position or similar positions since September 1998.

2. I am over eighteen years of age and competent to make this declaration. I make this declaration based upon personal knowledge.

3. Pursuant to the terms of BioPort's government contracts with the Department of Defense ("DoD"), DoD takes ownership of the AVA while it is still physically located at BioPort's facility in Michigan. BioPort stores the AVA for DoD under a separate storage contract.

4. At DoD's instruction, BioPort ships DoD-owned AVA to locations designated by DoD. The cost of shipment is paid by DoD.

I declare under penalty of perjury under the laws of the United States of America that the foregoing declaration is true.

*[signature]*
Timothy Wibert

Dated: 6-16-06