UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

|                     |     |                              |
|---------------------|-----|------------------------------|
| GARY SAVAGE,        | )   |                              |
|                     | )   |                              |
| Plaintiff,          | )   |                              |
|                     | )   |                              |
| v.                  | )   | Case No. 1:06-CV-00081 (RCL) |
|                     | )   |                              |
| BIOPORT, INC.,      | )   |                              |
|                     | )   |                              |
| Defendant.          | )   |                              |

_____)

## ORDER

Upon consideration of defendant BioPort Corporation's motion to transfer this lawsuit to the United States District Court for the Western District of Michigan pursuant to 28 U.S.C. § 1404(a), plaintiff's brief in opposition thereto, defendant's reply brief, and for the reasons stated in an accompanying memorandum opinion, it is hereby

**ORDERED** that BioPort's motion to transfer is granted, and it is further hereby

**ORDERED** that this lawsuit be transferred by the Clerk of this Court to the United States District Court for the Western District of Michigan.


Signed by Royce C. Lamberth, United States District Judge, October 27, 2006.